IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Therin Tracell Mincy, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 4:12-cv-741-TLW-TER |
| | ) | |
| Richland County Detention Center; | ) | |
| Director Renaldo Myers; Assistant | ) | |
| Director Kathryn Harrell; Lt. M. Freely; | ) | |
| Sgt. Shawl; Sgt. R. Waters; Officer Lott, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER

Before the Court is plaintiff Therin Tracell Mercy's motion for an extension of time (Doc. # 28) to file objections to the Report and Recommendation ("Report") issued by United States Magistrate Judge Thomas E. Rogers, III on May 9, 2012 (Doc. # 23). Objections to the Report were due on May 29, 2012. The plaintiff also seeks an Order compelling the defendants to allow him access to Westlaw. (Doc. # 28).

The plaintiff's motion for an extension of time to file objections to the Report and Recommendation (Doc. # 28) is **GRANTED**. Objections to the Report and Recommendation are now due on or before June 25, 2012. No further extensions will be granted. The plaintiff's request for an Order compelling the defendants to allow him access to Westlaw is **DENIED**, as the plaintiff has not presented a sufficient legal basis for issuing such an order.

**IT IS SO ORDERED**.

s/Terry L. Wooten
June 4, 2012                                          TERRY L. WOOTEN
Florence, South Carolina                              United States District Judge